UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

Holly H. Arpino
(H.A) ~~Michael A Spera~~; ~~Heather Wright~~; Ryan Walsh (H.A)
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Michael A. Spera, official capacity
Heather Wright, official and individual capacity
Ryan Walsh, official and individual capacity

Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. 3:22-cv-1114 (KAD)
(To be supplied by the court)

SEP 2 2022 PM 2:51
FILED-USDC-CT-New Haven

**A. PARTIES**

1. Holly H. Arpino is a citizen of Connecticut who
   (Plaintiff)                                (State)
   presently resides at P.O. Box 687, New London, CT 06320.
                         (mailing address)

2. Defendant Michael A. Spera is a citizen of Connecticut
              (name of first defendant)                    (State)
   whose address is 36 Lynde Street, Old Saybrook, CT 06475,
   and who is employed as Chief of Police, Old Saybrook Police Dept.
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant __Heather Wright__ is a citizen of __Connecticut__
           (name of second defendant)                               (State)

whose address is __36 Lynde Street, Old Saybrook, CT 06475__

and who is employed as __an Old Saybrook Police Dept. Sgt. / Patrolman__
                         (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    ✓    42 U.S.C. § 1983 (applies to state defendants)

    ___    **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

A. PARTIES
(continued)

4. Defendant Ryan White, is a citizen of Connecticut, whose address is 36 Lynde Street, Old Saybrook, CT 06475 and who is employed as an Old Saybrook Police Dept. Sergeant.

At the time of the claim(s) alleged in this complaint, was this defendant acting under color of state law? ✓ Yes

p. 2(a)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

- Incident occurred on September 3, 2022;
- I was falsely accused of two crimes;
- I was then false arrested, falsely imprisoned;
- The prosecution had no grounds upon which to make these claims. No probable cause.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** False Arrest

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

- "John Doe" (customer) at Big Y Old Saybrook harassed me for "not wearing a mask";
- He called the police to report this "crime"
- I have medical issues which preclude me from wearing a mask;
- Heather Wright and Ryan Welsh arrested me with NO PROBABLE CAUSE

3

**Claim II:** False Imprisonment

Supporting Facts:

No Probable Cause for arrest.

**Claim III:** Malicious Prosecution

Supporting Facts:

No Probable Cause for arrest.

I should never have been charged with any crime.

4

## E. REQUEST FOR RELIEF

I request the following relief:

- Money Damages;
- A written apology;
- A public hearing concerning the hiring practices of the old Saybrook Police Department.

## F. JURY DEMAND

Do you wish to have a jury trial?   Yes ✓   No ____

___N/A___
Original signature of attorney (if any)

_____
Printed Name

_____

_____

( )
Attorney's full address and telephone

_____
Email address if available

_____/s/_____
**Plaintiff's Original Signature**

___Holly H. Arpino___
Printed Name

___P.O. Box 687___

___New London, CT 06320___

___(860) 514-5376___
Plaintiff's full address and telephone

___N/A___
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___(H.A.) ~~Old Saybrook~~ New London___ on ___9/01/2022___.
        (location)                                                  (date)

___/s/___
Plaintiff's Original Signature

(Rev. 3/21/16)

5